AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 04 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Peter Strojnik | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 1:22-cv-00533 DAD-BAK |
| Ross Stores, Inc. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____NA_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

NA

My gross pay or wages are: $ _____0.00_____, and my take-home pay or wages are: $ _____0.00_____ per

*(specify pay period)* _____NA_____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☑ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☑ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☑ No
(e) Gifts, or inheritances                             ☐ Yes     ☑ No
(f) Any other sources                                  ☑ Yes     ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

1. Social security at $1,249.30 / month.
2. Claim settlements: $61,536.19 for a period 2021-04-01 to 2022-04-01. All net proceeds paid for spousal maintenance pursuant 2013 divorce decree and court ordered UCC financing statement.
3. Future receipts are unknown. Any future receipts are subject to the 2013 divorce decree and first position UCC-1 arising out of the 2013 divorce decree. Latest UCC-1 renewal recorded with AZ Sec State at 2013-175-9296-5 on August 30, 2018.
4. Plaintiff is in a permanent insolvency status.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Computer and cell phone: Total value: about $500.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

1. Car lease: $811.70/month

2. Court ordered Spousal Maintenance arising out of 2013 divorce decree: $15,000/month. This amount is accruing monthly.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NA

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Current spousal maintenance arrearage $644,676 (as of April 1, 2022) payable to Mrs. Tanya Strojnik.

Internal revenue service lien of $475,667.18 payable to the IRS.

Various judgments in excess of $200,000 payable to various individuals and entities.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: *[signature] May 2, 2021*

*[signature]* 
Applicant's signature

PETER STROJNIK
Printed name