1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **PETER STROJNIK SR.**                    CASE:  **1:22–CV–00533–ADA–BAK**

12                       vs.

13   **ROSS STORES, INC.**                        **ORDER OF REASSIGNMENT**

14   _____ /

15        The court, having considered the appointment of District Judge Ana de Alba

16   finds the necessity for reassignment of the above captioned case, and for notice to be given

17   to the affected parties.

18        IT IS THEREFORE ORDERED that:

19        The above captioned case shall be and is hereby **REASSIGNED** from

20   **District Judge Dale A. Drozd**  to **District Judge Ana de Alba**  for all

21   further proceedings.  The new case number for this action, which must be used on all documents

22   filed with the court, is:              **1:22–CV–00533–ADA–BAK**

23        All dates currently set in this reassigned action shall remain effective subject to further

24   order of the court.

25        DATED:  August 24, 2022

26

27   _____
     CHIEF UNITED STATES DISTRICT JUDGE

28