UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETER STROJNIK, SR.,

Plaintiff,

v.

ROSS STORES, INC.,

Defendant.

Case No. 1:22-cv-00533-KES-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE

Doc. 13

Plaintiff Peter Strojnik, Sr., initiated this action with the filing of a complaint on May 4, 2022. Doc. 1.

The assigned magistrate judge issued a screening order on June 3, 2026, finding that Plaintiff failed to sufficiently allege any cognizable claims under federal law, and granting leave to amend. Doc. 12. When Plaintiff failed to timely respond to the screening order with the filing of an amended complaint or otherwise, on July 8, 2026, the magistrate judge issued findings and recommendations to dismiss the action for Plaintiff's failure to prosecute this action and failure to comply with the Court's order. Doc. 13. The magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), regarding dismissal for failure to comply with a court order and recommended dismissal without prejudice. *Id.* at 2-4.

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days. *Id.* at 4. The findings and recommendations advised Plaintiff

that the failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff did not file any objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings that Plaintiff failed to prosecute the action and failed to comply with the Court's order are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 13, issued on July 8, 2026, are ADOPTED in full.
2. The action is DISMISSED without prejudice.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE